AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

(1) Jaime COSTA
(2) Maria Antonia LNU

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005 - MJ-0474-RBC-1
-2

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 20, 2005 and continuing__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)
did knowingly transfer identification documents knowing that such documents were produced without lawful authority

in violation of Title __18__ United States Code, Section(s) __1028(a)(2)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
                                         Official Title
facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Thomas Ohlen_ (signature)
Signature of Complainant

Sworn to before me and subscribed in my presence,

09-12-2005  at 4:41 pm                              at  Boston, MA
Date                                                    City and State

Robert B. Collings
U.S. Magistrate Judge
Name & Title of Judicial Officer                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 8/29/05)

# Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

Place of Offense: _____ Category No. __II_____ Investigating Agency __ICE_____

City __Framingham_____  Related Case Information:

County __Middlesex_____  Superseding Ind./ Inf. _____ Case No. _____
                                  Same Defendant _____ New Defendant _____
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name __Maria Antonia LNU_____  Juvenile  ☐ Yes  [x] No

Alias Name _____

Address __37 Freeman Street, Framingham, MA_____

Birth date (Year only): __UNK__  SSN (last 4 #): _____  Sex _F_  Race: _W_____  Nationality: __Brazilian_____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Nadine Pellegrini_____  Bar Number if applicable _____

Interpreter:  [x] Yes  ☐ No         List language and/or dialect:  __Portuguese_____

Matter to be SEALED:  ☐ Yes  [x] No

   [x] Warrant Requested       ☐ Regular Process           ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**     [x] Complaint      ☐ Information         ☐ Indictment

**Total # of Counts:**     ☐ Petty       ☐ Misdemeanor         [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: 9/12/05                  Signature of AUSA: _/s/ Nadine Pellegrini_

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant      JAIME COSTA _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1028(a)(2) | Production of Fraudulent ID documents | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

﹨JS 45 (5/97) - (Revised USAO MA 8/29/05)

**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. _II_____   Investigating Agency  _ICE_____

City    _Framingham_____   Related Case Information:

County  _Middlesex_____   Superseding Ind./ Inf. _____   Case No. _____
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number  _____
                                   Search Warrant Case Number    _____
                                   Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name   _Jaime COSTA_____        Juvenile   ☐ Yes   ☒ No

Alias Name    _____

Address    _37 Freeman Street, Framingham, MA_____

Birth date (Year only): _UNK_  SSN (last 4 #): _____  Sex _M_  Race: _W_____  Nationality: _Brazilian____

Defense Counsel if known:  _____        Address: _____
                                                                   _____
Bar Number:  _____

**U.S. Attorney Information:**

AUSA   _Nadine Pellegrini_____        Bar Number if applicable  _____

Interpreter:   ☒ Yes   ☐ No        List language and/or dialect:      _Portuguese_____

Matter to be SEALED:   ☐ Yes   ☒ No

    ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:        ☒ Complaint        ☐ Information        ☐ Indictment

Total # of Counts:       ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  _1_____

                Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  9/12/05              Signature of AUSA:  _/s/ Nadine Pellegrini_____

㏛JS 45  (5/97) - (Revised USAO MA 8/29/05)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      JAIME COSTA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1028(a)(2) | Production of Fraudulent ID documents | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**