# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                            MAGISTRATE JUDGE'S DOCKET
                                      NO. 2005-M-474RBC-01
                                                      -02

JAMIE COSTA,
    (CLAUDIO ALEJANDRO DASILVA)
MARIA ANTONIO LNU
    (SONIA MARQUES DASILVA),
        Defendants.

## ORDER PURSUANT
## TO RULE 5.1, FED.R.CRIM. P.

COLLINGS, U.S.M.J.

    The defendants appeared with counsel on September 20, 2005. At that time, after being fully informed of their rights, the defendants waived their right to a preliminary examination pursuant to Rule 5.1, Fed.R. Crim. P.

    Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendants be, and they hereby are, held to answer in the District Court.

Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: September 20, 2005.