AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

Jamie Costa

(Claudio Alejandro DaSilva)

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05M00474 RBC-01

I, _Claudio Alejandro DaSilva_, charged in a ☑ complaint ☐ petition pending in this District with _transfer of false identification documents_ in violation of _18_, U.S.C., _1028(a)(2)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☑ examination ☐ hearing, do hereby waive (give up) my right to preliminary ☑ examination ☐ hearing.

_Claudio Alejandro DaSilva_
Defendant

_[signature]_
Counsel for Defendant

SEP 20 2005
Date