AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

MARIA ANTONIA LNU
(Sonia Marques Da Silva)

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05M0474RBC-0 —

I, _Sonia Marques Da Silva_, charged in a ☒ complaint ☐ ~~ition~~ pending in this District _w/th transfer of false identification documents_ in violation of _____18_____, U.S.C., __1028(a)(...)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 ~~or Rule 32.1~~, Fed. R. Crim. P., including my right to have a ☒ examination ☐ ~~hearing~~ , do hereby waive (give up) my right to prelim- inary ☒ examination ☐ hearing.

Sonia Marquesda si ou
_Defendant_

SEP 20 2005
_Date_

Counsel for Defendant