UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.    Magistrate No. 2005 0474 RBC 2

SONJA MARQUEZ DaSILVA aka
MARIA ANTONIA

### MOTION FOR INTERPRETER EXPENSES

The defendant says that her counsel, the undersigned, has been appointed to represent her in this case.

The defendant speaks only Portuguese and her counsel does not speak Portuguese.

Wherefore it is moved that the Court authorize funds for the defense to hire Claudia Azoff, certified professional translator and interpreter of the Portuguese language.

It is suggested at this time that $500.00 be authorized for this expense.

ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
FAX 617 523 2024
BBO No. 531780

DATED: September 20, 2005



9/20/05
N. Russo